<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 12-1938**

─────────

JONATHAN WILLIAMS,

              Plaintiff - Appellant,

        v.

PEPPERIDGE FARM, INCORPORATED,

              Defendant - Appellee.

─────────

Appeal from the United States District Court for the District of South Carolina, at Aiken.   Terry L. Wooten, District Judge. (1:10-cv-01107-TLW)

─────────

Submitted:  January 22, 2013          Decided: January 24, 2013

─────────

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Jonathan Williams, Appellant Pro Se.  Danny Michael Henthorne, LITTLER MENDELSON PC, Columbia, South Carolina, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jonathan Williams appeals from the district court's order accepting the recommendation of the magistrate judge and granting summary judgment for Pepperidge Farm, Inc., in Williams' employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Williams v. Pepperidge Farm, Inc.</u>, No. 1:10-cv-01107-TLW (D.S.C. June 15, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>